## CAUSE NO. CR 14-313

| STATE OF TEXAS | § | IN THE DISTRICT COURT, |
|---|---|---|
| | § | 6th COURT OF APPEALS |
| VS. | § | 4TH JUDICIAL DISTRICT, TEXAS |
| | § | 10/2/2015 2:36:24 PM |
| LEON HILL | § | RUSK COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/2/2015 2:36:24 PM
DEBBIE AUTREY
Clerk
WILLARD
DISTRICT CLERK
DEPUTY
FILED
PM 2:29

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Defendant in the above–entitled and numbered cause, and files this Notice of Appeal and states his intention to appeal to the Texas Court of Appeals. Thus, Defendant tenders this notice as evidence of his desire to appeal Cause No. CR14-313.

Respectfully submitted,

LEON HILL
*Pro Se*

**Notice of Appeal - PAGE - 1**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Appeal was forwarded to the District Attorney's Office, on the same date this motion was filed.

_Leon Hill_  8-4-15
LEON HILL

# CAUSE NO. CR14-313

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| | § | |
| VS. | § | OF RUSK COUNTY, TEXAS |
| | § | |
| | § | |
| LEON HILL | § | FOURTH JUDICIAL DISTRICT |

## ORDER APPOINTING COUNSEL FOR PURPOSE OF APPEAL

Pursuant to application for court appointed counsel for indigent defendant heretofore presented to the Court, and after having given the same due consideration, the Court is of the opinion that **LEW DUNN** be appointed appellant counsel for the purpose of appeal for the defendant in the above entitled and numbered cause.

IT IS THEREFORE ORDERED that **LEW DUNN**, licensed attorney, whose State Bar Number is **06244600** be and is appointed appellant counsel for the purpose of appeal for the Defendant in this cause.

Signed this the 2nd day of October, 2015.

J. Clay Gossett
Judge Presiding

FILED 2015 OCT -2 AM 10: 59 TERRI PIRTLE WILLARD RUSK COUNTY DISTRICT CLERK DEPUTY

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | 4TH JUDICIAL DISTRICT |
| | § | |
| LEON HILL | § | RUSK COUNTY, TEXAS |

## MOTION FOR NEW TRIAL FOR RESENTENCING

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the Defendant in the above styled and numbered cause, and files this Motion for New Trial and Motion and in support thereof would show this court the following:

1.     The Defendant was sentenced on July 22, 2015.  This Motion, is filed inside the thirty-day timetable, is requested to be heard.

2.     The defendant is requesting a new trial in this case in the interests of justice and based on evidence being admitted not in compliance with CCP 38.37.

3.     The trial court has the discretion to grant a new trial in the interests of justice, as the Court of Criminal Appeals has emphasized:

For more than one hundred and twenty years, our trial judges have had the discretion to grant new trials in the interest of justice. In Mullins v. State, 37 Tex. 337, 339-340 (1872-73), the Supreme Court, which at that time had criminal jurisdiction, held:

. . . The discretion of the District Court, in granting new trials, is almost the only protection to the citizen against the illegal or oppressive verdicts of prejudiced, careless, or ignorant juries, and we think the District Court should never hesitate to use that discretion whenever the ends of justice have not been attained by those verdicts.

State v. Gonzalez, 855 S.W.2d 692 (Tex. Crim. App. 1993).

4.     For the foregoing reasons, and for such other reasons that may arise on the hearing of this Motion, Defendant requests a new trial for sentencing purposes.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court set aside the judgment of conviction entered in this cause and order a new sentencing on the merits.

Respectfully submitted,


_____ 8-4-15
LEON HILL
*Pro Se*


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Appeal was forwarded to the District Attorney's Office, on the same date this motion was filed.


_____ 8-4-15
LEON HILL

LEON HILL
216 charlevoix Avenue
Henderson, TX 75652

SHREVEPORT LA
ANGELOU
05 ALM
"A bird doesn't sing
because it has an
answer, it sings because
it has a song."
for everusa
2015
FOREVER
USA

ATTN: HONORABLE J. CLAY GOSSETT
115 North main
114TH Judicial District court
Suit 303
Henderson, TX 75652